TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division
SEBASTIAN BELLM (Cal. Bar No. 359407)
Assistant United States Attorney
General Crimes Section
       1200 United States Courthouse
       312 North Spring Street
       Los Angeles, California 90012
       Telephone: (213) 894-0119
       Facsimile: (213) 894-0141
       E-mail:    sebastian.bellm@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:26-CR-00352-MWF |
|---|---|
| Plaintiff, | NOTICE OF MOTION AND UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE INDICTMENT AGAINST DEFENDANT JORDAN JARAMILLO PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| JORDAN JARAMILLO, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), the United States of America, by and through its counsel of record, Assistant United States Attorney Sebastian Bellm, hereby moves to dismiss without prejudice its indictment against defendant JORDAN JARAMILLO ("defendant") in the above-captioned case.

Defendant is scheduled to be removed from the United States on July 28, 2026. The United States moves to dismiss the indictment without prejudice against defendant in the interests of justice under Federal Criminal Rule 48(a). The government respectfully submits that dismissal without prejudice is appropriate, as it preserves the

interests of justice and the government's ability to proceed should circumstances warrant. On July 14, 2026, counsel for defendant, Richard Raynor, informed the government that he does not oppose this motion or object to dismissal of the indictment without prejudice; however, he requests that the Court alternatively consider dismissal with prejudice for the reasons stated in the footnote below.

Dated: July 1, 2026                Respectfully submitted,

TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States
Attorney

JENNIFER L. WAIER
Chief Assistant United States
Attorney
Chief, Criminal Division

_____/s/_____
SEBASTIAN BELLM
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2