UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>JORDAN JARAMILLO,<br><br>            Defendant. | No. 2:26-CR-00352-MWF<br><br>[PROPOSED] ORDER DISMISSING INDICTMENT AGAINST DEFENDANT JORDAN JARAMILLO WITHOUT PREJUDICE |

Having read and considered the Unopposed Motion to Dismiss Without Prejudice Indictment Against Defendant Jordan Jaramillo Pursuant to Federal Rule of Criminal Procedure 48(a), the Court hereby DISMISSES WITHOUT RPEJUDICE the indictment filed in this case as to defendant JORDAN JARAMILLO.  All pending hearing and trial dates are hereby VACATED.  The Clerk of the Court shall close this case.

    IT IS SO ORDERED.


_____              _____
DATE                                     THE HONORABLE MICHAEL W. FITZGERALD
                                         UNITED STATES DISTRICT JUDGE