Richard W. Raynor (SBN 162289)
LAW OFFICE OF RICHARD W. RAYNOR
407 N. Pacific Coast Highway, Suite 280
Redondo Beach, California 90277
Tel.: (424)257-0284
Fax: (424)258-9462
e-mail: richard@richardraynor.com
Attorney for Defendant
Jordan Jaramillo

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Jordan Jaramillo,<br>Defendant. | Case No. 2:26-cr-00352-MWF<br><br>MEMORANDUM OF POINTS AND AUTHORITIES CONCERNING GOVERNMENT'S MOTION TO DISMISS |

Defendnant Jordan Jaramillo, hereby submits through his counsel, Richard Raynor, the following points and authorities for the court's consideration in deciding whether the dismissal of the charges should be with prejudice or without prejudice. The government's motion to dismiss is filed as Docket No. 204.

DATED: July 14, 2026 /S/ Richard W. Raynor
Richard Raynor
Attorney for Defendant
Jordan Jaramillo

MEMORANDUM OF POINTS AND AUTHORITES

**I. Introduction**

The government has moved to dismiss the Indictment filed against Jordan Jaramillo without prejudice. Jordan Jaramillo does not object to dismissal without prejudice of the charges; however, he requests that the Court alternatively consider dismissal with prejudice for the reasons stated below.

**II. Facts**

On May 7, 2026, Jordan Jaramillo, a citizen of Chile who entered the United States on a Visa, was ordered released on a felony complaint that alleged he sold several personal use quantities of methamphetamine and fentanyl to informants. The drug quantity was below the threshold for the application of a mandatory minimum. The release order was not for forthwith release, but for release to a residential drug rehabilitation facility. Mr. Jaramillo had an appointment to arrive at Tarzana Treatment Center for residential drug treatment, on Thursday, July 2, 2026. Because ICE had placed a hold on Mr. Jaramillo, Mr. Jaramillo was placed in ICE custody at on that date instead.

Mr. Jaramillo remains in ICE custody at the Adelanto facility to this date. He is scheduled to be flown to his home country of Chile on July 29, 2026, the day after jury trial is scheduled to commence.

**III. Discussion**

Mr. Jaramillo requests that the Court alternatively dismiss the charges with prejudice, in line with the Court's order in *United States v. Zambrano*, 2:23-cr-00524-DMG, Docket No.

633, which order is currently under appeal by the government to the United States Court of Appeals for the Ninth Circuit, Case number 26-961. That order relies heavily on *United States v. Santos-Flores*, 794 F.3d 1088 (9th Cir. 2015), which states:

> "The government may also exercise its judgment that the public interest in criminally prosecuting an alien is greater than the public interest in swiftly removing him. The government may, therefore, elect to deliver the alien to the United States Attorney's Office for prosecution, as it did here, instead of removing him immediately pursuant to 8 U.S.C. § 1231(a)(5). Having made this choice, however, the government may not use its discretionary power of removal to trump a defendant's right to an individualized determination under the Bail Reform Act."

*United States v. Santos-Flores*, 794 F.3d 1088, 1091 (9th Cir. 2015). Cf. *United States v. Lett*, 944 F.3d 467, 471 (2nd Cir. 2019) ("The BRA and the INA authorize the government to pursue both criminal prosecution and removal simultaneously, and there is no conflict between the detention-and-release provisions of the two statutes.")

## IV. Conclusion

For the forgoing reasons, Mr. Jaramillo requests that the Court dismiss the charge against him, and requests that the Court consider whether to enter a dismissal with prejudice.

DATED: July 14, 2026 /S/ Richard W. Raynor

Richard Raynor
Attorney for Defendant
Jordan Jaramillo